UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NATIONAL LABOR RELATIONS BOARD,

    Applicant,

    v.

KIMMING MARTY CHENG,

    Respondent.

Civil No. 21-19694

Motion Day:
December 6, 2021

To: KIMMING MARTY CHENG
6819 Kennedy Boulevard E, 1st Floor,
West New York, NJ 07093

KIMMING MARTY CHENG
7004 Kennedy Boulevard E, Apt 9B
Guttenberg, NJ 07093

# NOTICE OF MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR ORDER ENFORCING ADMINISTRATIVE SUBPOENA

**PLEASE TAKE NOTICE** that on December 6, 2021, or as soon thereafter as counsel may be heard, counsel for Applicant National Labor Relations Board (the "Board"), located at 1015 Half Street, S.E., 4th Floor, Washington D.C., 20003, shall move before the United States

William R. Warwick
National Labor Relations Board
1015 Half Street, S.E. 4th Floor
Washington, D.C. 20003
(202) 273-3849

District Court for the District of New Jersey at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order: (1) enforcing the Board's administrative subpoena *at testificandum* (A-1-1CECIQN) requiring Respondent Kimming Marty Cheng to appear for deposition and; (2) granting such other relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief herein shall be in writing, filed with the Clerk of the District Court and served upon the undersigned no later than fourteen (14) days prior to the return date of this motion pursuant to L. Civ. R. 78.1(a).

Respectfully submitted,

**NATIONAL LABOR RELATIONS BOARD**

s/ William R. Warwick
WILLIAM R. WARWICK
TRIAL ATTORNEY
NATIONAL LABOR RELATIONS BOARD
CONTEMPT, COMPLIANCE, AND SPECIAL LITIGATION BRANCH
TEL: (202) 273-3849
FAX: (202) 273-4244
EMAIL: WILLIAM.WARWICK@NLRB.GOV

        PIA WINSTON
        Trial Attorney
        Tel: (202) 273-0111
        Email: Pia.Winston@nlrb.gov

        POLLY MISRA
        SUPERVISORY TRIAL ATTORNEY
        TEL: (202) 273-3744
        EMAIL: POLLY.MISRA@NLRB.GOV

Dated at Washington, D.C.
this 4th day of November, 2021

## LOCAL RULE 11.2 VERIFICATION DECLARATION

Pursuant to Local Civ. Rule 11.2, this matter is not pending in any other court, arbitration, or administrative proceeding. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of November, 2021

                                                       s/ William R. Warwick
                                              William R. Warwick
                                              Trial Attorney
                                              William.Warwick@nlrb.gov
                                              202-273-3849